AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Smith, Rebecca B | **2. Court or Organization**<br><br>Eastern District of Virginia | **3. Date of Report**<br><br>04/10/2007 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2006<br>to<br>12/31/2006 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Norfolk Academy, Norfolk, VA |
| 2.   Director | General Douglas MacArthur Foundation, Norfolk, VA |
| 3.   Executor | Estate #1 |
| 4.   Power of Attorney | ▆▆ Account #1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2007 APR 16 A 11: 05

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Self-employed (dental laboratory) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | D | Int./Div. | N | T | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-31) | | | | | | | | | |
| 4. Hampton Roads Bankshares Inc | | | | | | | | | |
| 5. Centennial Government Trust | | | | | | | | | |
| 6. The Diamonds Trust | | | | | | | | | |
| 7. Standard & Poor's 500 Depository Receipts Trust | | | | | | | | | |
| 8. Taxable Bonds: | | | | | | | | | |
| 9. Norfolk & Southern Corp. 7.22% 9/15/06 Medium Term Notes | | | | | Redeem | 9/15 | J | | |
| 10. Sara Lee Corp. 6/19/08 Medium Term Note | | | | | | | | | |
| 11. U.S. T-Note 8/15/07 | | | | | | | | | |
| 12. U.S. T-Note 10/15/06 | | | | | Redeem | 10/16 | J | | |
| 13. U.S. TSY Inflation Index Notes 1/15/08 | | | | | | | | | |
| 14. U.S. TSY Inflation Index Note 1/15/10 | | | | | | | | | |
| 15. US TSY Inflation Index Notes 7-15-13 | | | | | | | | | |
| 16. Raven Hills TX Higher Ed 8-1-06 | | | | | Redeem | 8/1 | J | | |
| 17. Hinsdale Bk & Tr Co. ILL 9/4/07 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Virginia Hsg Dev Auth Multi-Fam - Series D 5/1/16 | | | | | Redeem | 1/3 | J | | |
| 19. Florida Windstorm Underwriting Assn. 8/1/07 | | | | | | | | | |
| 20. U.S. T-Note 8/15/08 | | | | | | | | | |
| 21. FHLMC 3/3/09 | | | | | | | | | |
| 22. U.S. T-Note 5/15/14 | | | | | | | | | |
| 23. FFCB 10/15/07 | | | | | | | | | |
| 24. Oregon School Board Bond Due 6-30-10 | | | | | | | | | |
| 25. Standard & Poor's Growth Index Fund | | | | | Add'l Buy | 8/15 | J | | |
| 26. Standards & Poor's Latin American 40 Index Fund | | | | | Part Sell | 8/15 | J | | |
| 27. MSCI EAFE Index Fund | | | | | | | | | |
| 28. Standard & Poor's Midcap 400 Value Index Fund | | | | | Sold | 8/15 | J | | |
| 29. Standard & Poor's Midcap 400 Value Index Fund | | | | | Buy | 12/21 | J | | |
| 30. U.S. T-Note 10/31/11 | | | | | Buy | 12/15 | J | | |
| 31. U.S. T-Note 8/15/12 | | | | | Buy | 11/9 | J | | |
| 32. ⬛arm, ⬛⬛⬛⬛ VA | | None | M | W | | | | | |
| 33. Investment Account #2 directing (line 34) | | | | | | | | | |
| 34. Brokerage Account #2 holding (lines 35-94) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Centennial Tax Exempt Trust | B | Interest | K | T | | | | | |
| 36.   Equities/Stocks: | | | | | | | | | |
| 37.   E.I. DuPont De Nemours & Co. | A | Dividend | J | T | | | | | |
| 38.   Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 39.   General Electric Co. | A | Dividend | L | T | Part Sell | 12/21 | J | D | |
| 40.   International Paper Co. | A | Dividend | K | T | | | | | |
| 41.   J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 42.   Pepsico Inc. | A | Dividend | K | T | | | | | |
| 43.   St. Joe Co. | A | Dividend | K | T | | | | | |
| 44.   Hewlett-Packard Co. | A | Dividend | K | T | | | | | |
| 45.   Dollar Tree Stores, Inc. | | None | K | T | | | | | |
| 46.   Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 47.   Raytheon Co. | A | Dividend | J | T | | | | | |
| 48.   Cameron Int'l. Corp. (formerly Cooper Cameron Corp.) | | None | K | T | | | | | |
| 49.   Charles & Colvard Ltd. | A | Dividend | J | T | | | | | |
| 50.   Conagra Inc (Del) | A | Dividend | J | T | | | | | |
| 51.   Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dell, Inc. | | None | J | T | | | | | |
| 53. Honeywell International Inc. | A | Dividend | K | T | Part Sell | 12/21 | J | C | |
| 54. Lucent Technologies Inc. | | None | | | Sell | 8/22 | J | | |
| 55. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 56. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 57. R.R. Donnelley & Sons Co. | A | Dividend | | | Sell | 7/27 | J | A | |
| 58. Ace Limited Ord | A | Dividend | J | T | | | | | |
| 59. Bank of America | A | Dividend | J | T | | | | | |
| 60. Cisco Systems Inc. | | None | J | T | | | | | |
| 61. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 62. Eastman Kodak Co. | A | Dividend | | | Sell | 11/21 | J | | |
| 63. General Motors Corp. | A | Dividend | J | T | | | | | |
| 64. Johnson & Johnson | A | Dividend | J | T | Add'l Buy | 12/21 | J | | |
| 65. AT&T Corp. | B | Dividend | K | T | | | | | |
| 66. Hampton Roads Bankshares, Inc. | B | Dividend | K | T | Buy | 8/02 | K | | |
| 67. Kraft Foods | A | Dividend | J | T | Buy | 12/21 | J | | |
| 68. Verizon Communications | A | Dividend | J | T | Add'l Buy | 11/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tax Exempt Bonds: | | | | | | | | | |
| 70. Upper Occoquan Sew Auth VA 7/1/07 Regl Sew Rev Refund | A | Interest | J | T | | | | | |
| 71. Fairfax Cnty VA 6/1/08 Public Impt & Refunding Ser 1999A | A | Interest | K | T | | | | | |
| 72. Arlington Cnty VA 6/1/09 General Obligation Refunding | A | Interest | K | T | | | | | |
| 73. Arlington Cnty VA 6/1/06 Gen Obligation Bonds Public Impt | A | Interest | | | Redeem | 6/01 | J | | |
| 74. Montgomery Cnty VA 1/15/11 Indl Dev Auth Lease Revenue | A | Interest | K | T | | | | | |
| 75. Henrico Cnty VA 5/1/10 Water & Sewer Revenue Refunding | A | Interest | K | T | | | | | |
| 76. Richmond VA 7/15/07 Indl Dev Auth Govt Facs Auth Lease Rev | A | Interest | K | T | | | | | |
| 77. Chesterfield Cnty VA 1/15/14 G.O. Pub. Impt Bonds | A | Interest | J | T | | | | | |
| 78. Middle Riv Regl Jail 05/15/12 | A | Interest | K | T | | | | | |
| 79. Prince William Cnty, VA Water & Sewer 7/1/12 | A | Interest | K | T | | | | | |
| 80. Arlington Cnty, VA Gen Oblig 2/1/13 | A | Interest | K | T | | | | | |
| 81. Alexandria, VA Cos Public Impv 6/15/15 | A | Interest | K | T | | | | | |
| 82. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |
| 83. Fairfax Cnty VA Gen Oblig Refunding Series A 4/1/06 | A | Interest | | | Redeem | 4/03 | K | | |
| 84. Virginia College Bldg Auth due 4/1/16 | A | Interest | K | T | | | | | |
| 85. Virginia St. Resource Auth. due 11/1/07 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Virginia College Bldg. Auth due 9/1/15 | A | Interest | J | T | | | | | |
| 87. Henrico Cty VA Pub. Imp. due 7/15/08 | A | Interest | J | T | | | | | |
| 88. Ill. 1/1/10 Northern Toll Hwy Auth Rev (see Part VIII (a)) | A | Interest | | | Redeem | 7/03 | J | | |
| 89. Fairfax Cnty VA Pub. Improvement 10/1/11 | A | Interest | K | T | Buy | 8/04 | J | | |
| 90. Taxable Bonds: | | | | | | | | | |
| 91. U.S. T-Note 7/15/06 | A | Interest | | | Redeem | 7/17 | J | | |
| 92. U.S. T-Note 10/15/06 | A | Interest | | | Redeem | 10/16 | J | | |
| 93. U.S. T-Note 8/15/07 | A | Interest | J | T | | | | | |
| 94. Monsanto Co. 2/5/08 Medium Term Note | A | Interest | J | T | | | | | |
| 95. Wachovia Bank | A | Interest | K | T | | | | | |
| 96. ▮▮▮▮▮▮▮▮▮ | F | Dividend | N | W | | | | | |
| 97. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |
| 98. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | U | | | | | |
| 99. GJF Currituck Beach Associates, NC | A | Dividend | J | W | | | | | |
| 100. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 101. Deferred Annuity - Equitable Life Ins. Co. | B | Dividend | L | T | | | | | |
| 102. IRA-Brokerage Acct #3 directing and | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| holding (lines 103-128) | | | | | | | | | |
| 103. American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 104. American Funds Investment Company of America | | | | | | | | | |
| 105. Calamos Growth Fund | | | | | Sell | 10/30 | J | | |
| 106. First Eagle Sogen Global Fund | | | | | | | | | |
| 107. Ing International Value Fund | | | | | | | | | |
| 108. Lord Abbett Mid Cap Value Fund | | | | | Sell | 10/30 | J | | |
| 109. Managers Special Equity Fund | | | | | Sell | 10/30 | J | | |
| 110. Oakmark International Small Cap Fund | | | | | | | | | |
| 111. Royce Micro-Cap Fund | | | | | | | | | |
| 112. Royce Pennsylvania Mutual Fund | | | | | | | | | |
| 113. UBS Pace Money Market Investment Fund | | | | | Addl' Buy | 10/30 | J | | |
| 114. American Funds Growth Fund of America | | | | | Sell | 10/30 | J | | |
| 115. First Eagle Overseas Fund | | | | | | | | | |
| 116. First Eagle Gold Fund | | | | | Add'l Buy | 10/30 | J | | |
| 117. AIM Leisure Fund | | | | | | | | | |
| 118. Oppenheimer Real Estate Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Pimco Commodity Real Return Strategy Fund | | | | | Sell | 10/30 | J | | |
| 120. Allianz OCC Renaissance Fund | | | | | Sell | 10/30 | J | | |
| 121. Cohen & Steers Realty | | | | | Buy | 10/30 | J | | |
| 122. Excelsior Small Cap Fund | | | | | Buy | 10/30 | J | | |
| 123. John Hancock Classic Value Fund | | | | | Buy | 10/30 | J | | |
| 124. Phoenix Mid Cap Value Fund | | | | | Buy | 10/30 | J | | |
| 125. Thornburg Core Growth Fund | | | | | Buy | 10/30 | J | | |
| 126. Touchstone Mid Cap Growth Fund | | | | | Buy | 10/30 | J | | |
| 127. Van Kampen Emerging Markets Fund | | | | | Buy | 10/30 | J | | |
| 128. AIC SEI Investments FMA Small Company Fund | | | | | Buy | 10/30 | J | | |
| 129. Brokerage Account #4 directing and holding (lines 130-170) | | | | | | | | | |
| 130. Resource Management Tax-Free Fund, Inc. | A | Interest | L | T | | | | | |
| 131. Equities/Stocks: | | | | | | | | | |
| 132. Aflac Inc. | A | Dividend | J | T | | | | | |
| 133. Canadian Pacific Railway Ltd. | A | Dividend | J | T | | | | | |
| 134. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 135. Nestle | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 137.  Southern Co. | A | Dividend | J | T | | | | | |
| 138.  Weingarten Realty | A | Dividend | J | T | | | | | |
| 139.  Plum Creek Timber Co., Inc. | A | Dividend | J | T | | | J | | |
| 140.  Royal Dutch Shell Co. (formerly Royal Dutch Pete Co.) | A | Dividend | J | T | | | | | |
| 141.  Agrium Inc. | A | Dividend | J | T | | | | | |
| 142.  Celgene Corp. | | None | J | T | | | | | |
| 143.  Constellation Brands, Inc. | | None | J | T | | | | | |
| 144.  Gilead Sciences Inc. | | None | J | T | | | | | |
| 145.  Johnson Controls Inc. | A | Dividend | | | Sell | 8/28 | J | B | |
| 146.  Novartis A G Spon Adr | A | Dividend | J | T | | | | | |
| 147.  Yahoo Inc. | | None | | | Sell | 3/8 | J | | |
| 148.  Ishares Inc MSCI Japan Index | A | Dividend | | | Sell | 5/25 | J | A | |
| 149.  Templeton Dragon Fund Inc. | A | Dividend | J | T | | | | | |
| 150.  Washington Real Estate Invstment Trust | A | Dividend | K | T | | | | | |
| 151.  Altria Group Inc | A | Dividend | J | T | | | | | |
| 152.  Best Buy Co. Inc | A | Dividend | | | Sell | 7/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Comverse Technology Inc | | None | | | Sell | 4/17 | J | | |
| 154. Cypress Semiconductor | | None | | | Sell | 5/25 | J | A | |
| 155. Esterline Technologies Corp | | None | J | T | | | | | |
| 156. Principal Financial Group Inc | A | Dividend | J | T | | | | | |
| 157. United Technologies Corp | A | Dividend | J | T | | | | | |
| 158. Citizens Communication Co. | A | Dividend | J | T | Buy | 5/25 | J | | |
| 159. Cognizant Tech Solutions Corp | | | J | T | Buy | 9/11 | J | | |
| 160. Freeport-McMoran Copper & Gold Inc. | A | Dividend | J | T | Buy | 12/20 | J | | |
| 161. Glaxo Smithkline PLC | A | Dividend | J | T | Buy | 9/11 | J | | |
| 162. Honda Motor Co. | A | Dividend | J | T | Buy | 9/12 | J | | |
| 163. Lehman Bros. Holdings | A | Dividend | J | T | Buy | 8/28 | J | | |
| 164. Lockheed-Martin Corp. | A | Dividend | J | T | Buy | 11/06 | J | | |
| 165. Network Appliance Inc. | | | J | T | Buy | 3/06 | J | | |
| 166. IShares MSCI Emerging Markets Index Fund | | | J | T | Buy | 11/06 | J | | |
| 167. Bank of America (see part VIII(a)) | A | Dividend | J | T | Buy | 2005 | J | | |
| 168. Tax-Exempt Bonds: | | | | | | | | | |
| 169. Portsmouth 8/1/14 VA Pub Impt G.O. | A | Interest | | | Redeem | 8/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  Va St Pub Sch Auth Ser A matures 8/01/20 | A | Interest | K | T | | | | | |
| 171.  Estate #1 (lines 172-175) | C | Int./Div. | M | W | | | | | |
| 172.  MetLife common stock | | | | | | | | | |
| 173.  Real estate parcel #1 - Hopewell, VA | | | | | Sell | 3/1 | M | A | Harold/Nancy Burton, Buyer |
| 174.  Real estate parcel #2 - Hopewell, VA | | | | | Sell | 6/21 | L | A | Webb Homes, Inc., Buyer |
| 175.  Branch Bank & Trust Co. Bank Account | | | | | | | | | |
| 176.  ▬▬▬Account #1 (line 177) | | | | | | | | | |
| 177.  Branch Bank & Trust Co. Bank Account | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(a) Part VII, line167.  This asset was inadvertently omitted from the 2005 Financial Disclosure Report as a purchase on 6/30/05.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 04/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮ Date April 10, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544